UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER ZILBERMAN,<br><br>       Plaintiff,<br><br>    v.<br><br>HORNBLOWER GROUP, INC.,<br>HORNBLOWER NEW YORK, LLC,<br>HORNBLOWER CRUISES AND EVENTS,<br>LLC, and M/V "LEXINGTON" *in rem*<br><br>       Defendants. | No. 23-CV-2938 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  As discussed during today's telephonic conference, the parties' joint request to extend the fact discovery deadline to January 31, 2024 is granted.  The Court will conduct an additional post-discovery telephonic conference on February 2, 2024 at 4 p.m.  (Conference Number: 888-363-4749; Access Code: 1015508).  No later than one week in advance of the conference, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle this action.  Finally, as agreed to at the conference, Plaintiff may amend his complaint no later than January 15, 2024.

SO ORDERED.

  Dated:  December 6, 2023
       New York, New York

                              _____
                              Hon. Ronnie Abrams
                              United States District Judge